is the candidate of the Democratic party for the office of borough president of the borough of Richmond, and as so modified affirmed. No opinion. Lazansky, P. J., Kapper, Hagarty and Davis, JJ., concur.

PETER J. PARLATO, Respondent, v. ISIDORE M. SCHAFFER and MAX SCHAFFER, Defendants, and MAX SCHAFFER Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE RAILROAD CO-OPERATIVE BUILDING AND LOAN ASSOCIATION, Appellant, v. ALICE GATES BUGBEE WARD, Respondent, and Others, Defendants.— Order granting motion of defendant Ward for an examination of plaintiff before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

HARRY STEIN, Respondent, v. DAVID MEYER WELSCH and Another, Defendants; EMANUEL COHEN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

EDWARD STOEHRER, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant. (Appeal No. 1.) — Appeal dismissed in view of the decision in Stoehrer v. Brooklyn & Queens Transit Corporation, No. 2 (post, p. 895), decided herewith. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

EDWARD STOEHRER, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant. (Appeal No. 2.) — Order denying defendant's motion to vacate judgment and to grant a new trial on the ground of newly-discovered evidence reversed on the law and the facts, with costs, and motion granted. In our opinion, the evidence discovered by defendant after the trial, in respect to the plaintiff's physical condition before the accident in question, is material on the question of plaintiff's damage, and is not cumulative; and it cannot be said that defendant was not reasonably diligent in preparing for trial. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

JAMES A. TILLMAN, Appellant, v. RUSSO-ASIATIC BANK, Respondent.*— Order denying plaintiff's motion to set aside and vacate an ex parte order vacating a warrant of attachment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Scudder, J., not voting.

AUGUSTUS M. WALBRIDGE, Appellant, v. MARGARET M. MOORE and Others, Defendants, Impleaded with OLDBOROUGH TRADING CORPORATION, Respondent.— Order denying motion to dismiss counterclaim of defendant Oldborough Trading Corporation affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Application of GEORGE BERNSTEIN for Admission to the Bar. (From the State of Massachusetts.) Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of LESLIE C. COX for Admission to the Bar. (From the State of California.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of MICHAEL A. FITZGERALD for Admission to the Bar. (From the State of Michigan.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

*Affd., 264 N. Y. 467.